United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVITA K. LALWANI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYLVIA MATHEWS BURWELL,<br><br>　　　　Defendant. | Case No. 15-cv-01641-LB<br><br>**ORDER RESTORING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 32 |

The docket now reflects a CMC filed on December 3, 2015 (but with a receipt reflecting this docketing information: "The following transaction was entered on 12/4/2015 at 8:33 AM PST and filed on 12/3/2015:|"). At least as of last night, it was not on the docket; that is why the court issued the order at ECF No. 32 continuing the case to January 14, 2016. Under the circumstances, including the circumstances that Ms. Lalwani participated in the preparation of the CMC statement in anticipation of a CMC on December 10, 2015, the court restores the CMC to the December 10, 2015 calendar at 11 a.m. and vacates the CMC set for January 14, 2016. The point of the entry at ECF No. 32 was to point out to the government that it has not answered the complaint.

**IT IS SO ORDERED.**

Dated: December 4, 2015

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge