United States District Court<br>Northern District of California

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

KAVITA K. LALWANI,  )
        Plaintiff(s),  )  Case Number: 3:15-cv-01641-LB
        vs.  )  ORDER APPOINTING COUNSEL
SYLVIA MATTHEWS BURWELL,  )
        Defendant(s).  )

Because the plaintiff, Kavita K. Lalwani has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Aaron Scolari and Aaron Silberman from Rogers Joseph O'Donnell PC, 311 California Street, San Francisco, CA 94104 is hereby appointed as counsel for Ms. Lalwani in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

the limited purpose of representing the litigant in the course of

☐ mediation

☐ early neutral evaluation

X settlement conference

☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

_____

☐ discovery as follows:

_____

_____

☐ other:

_____

_____

1  All proceedings in this action are hereby stayed until four weeks from the date of this
2  order.  Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project
3  Guidelines posted on the Court's website.
   IT IS SO ORDERED.
4
5  Dated:  December 17, 2015

6                                         LAUREL BEELER
7                                         United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVITA K. LALWANI,<br><br>    Plaintiff,<br><br>  v.<br><br>SYLVIA MATHEWS BURWELL,<br><br>    Defendant. | Case No.  3:15-cv-01641-LB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 17, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kavita K. Lalwani
642 Dowling Boulevard
San Leandro, CA 94577

Dated: December 17, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

3